UNITED STATES of America,
Plaintiff–Appellee

v.

Eric Phillip ROMERO, Defendant–Appellant.

No. 12–2872.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 4, 2013.

Filed: April 8, 2013.

---

1. The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.

Allen A. Slaughter, Jr., U.S. Attorney's Office, Minneapolis, MN, for Plaintiff–Appellee.

Kevin M. O'Brien, Minneapolis, MN, for Defendant–Appellant.

Eric Phillip Romero, Chicago, IL, pro se.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Eric Romero appeals the sentence the district court[1] imposed after he pled guilty to a drug charge. His counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court abused its discretion by imposing a prison term that is greater than necessary and unreasonable.

Upon careful review, this court concludes that the district court did not abuse its discretion in sentencing Romero. *See United States v. Montgomery*, 525 F.3d 627, 629 (8th Cir.2008) (reviewing sentence under deferential abuse-of-discretion standard). This court independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and found no nonfrivolous issues.

Counsel's motion to withdraw is granted, and the judgment of the district court is affirmed.

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.